IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LISA GIBBS                                                                                                    PLAINTIFF

V.                               CASE NO. 3:13CV00149 JTK

CAROLYN W. COLVIN, *Acting Commissioner,*
Social Security Administration                                                              DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that Petitioner's action is DISMISSED with prejudice.

SO ORDERED this 25th day of April, 2014.

_____
UNITED STATES MAGISTRATE JUDGE